IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT TIRRELL GALVIN,

      Appellant,

 v.

Case No.  5D21-2884
LT Case No. 2019-CF-000807

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 20, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and
Natalie R. Gossett, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie J. Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.